UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

DARLENE JONES, )
)
Plaintiff, )
)
v. ) **JUDGMENT**
)
) No. 4:11-CV-146-FL
)
CAROLYN W. COLVIN, )
Acting Commissioner of Social Security, )
)
Defendant. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' cross-motions for judgment on the pleadings and the memorandum and recommendation of the United States Magistrate Judge, to which plaintiff timely filed objections and defendant responded.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 28, 2013, and for the reasons set forth more specifically therein, that plaintiff's motion for judgment on the pleadings is denied and defendant's motion for judgment on the pleadings is granted. The decision of the commissioner is affirmed and this matter is dismissed.

**This Judgment Filed and Entered on March 28, 2013, and Copies To:**

Susan M. O'Malley (via CM/ECF Notice of Electronic Filing)
Christian M. Vainieri (via CM/ECF Notice of Electronic Filing)
Michael A. Haar (via CM/ECF Notice of Electronic Filing)


March 28, 2013                                          JULIE A. RICHARDS, CLERK
                                                         /s/ Christa N. Baker
                                                        (By) Christa N. Baker, Deputy Clerk